VAN–090 Order and Notice to File Claims – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Cornerstone Log & Timber Homes, Inc.
 ( debtor has no known aliases )
P.O. Box 439
Red Oak, NC 27868

TaxID: 26–2014249

CASE NO.: 09–04503–8–RDD

DATE FILED: May 30, 2009

CHAPTER: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before **January 8, 2010** . Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is attached to this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

***Any creditor who has filed a proof of claim already need not file another proof of claim.***

DATED: October 6, 2009

Stephanie J. Edmondson
Clerk of Court