**SO ORDERED.**

**SIGNED this 07 day of October, 2009.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Cornerstone Log & Timber Homes, Inc. | ) | Case No. 09-04503-8-RDD |
| | ) | Chapter 7 |
| Debtor | ) | |

### ORDER ALLOWING MOTION FOR RELIEF FROM STAY

**THIS MATTER** coming on for consideration before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, and with no objection having been filed, for good cause shown, the Court makes the following **FINDINGS AND CONCLUSIONS OF LAW**:

1. That the Debtor filed a Chapter 7 Bankruptcy Proceeding on May 30, 2009.

2. That on or about March 29, 2007, the Debtor, Cornerstone Log & Timber Homes, LLC k/n/a Cornerstone Log & Timber Homes, Inc., executed a Promissory Note, secured by a Deed of Trust recorded in Book 911, Page 786 of the McDowell County Registry of Deeds, to Blue Ridge Savings Bank, Inc. in the principal amount of Three Hundred Thousand and No/100 Dollars ($300,000.00) to be paid as set forth in the Promissory Note attached hereto. See copy of Note and Deed of Trust collectively attached hereto and incorporated herein by reference as Exhibit "A."

3. That the Debtor is and has been in default on this loan for some period of time. As of August 31, 2009, the total amount due from the Debtor was $239,658.42, plus attorney's fees, late fees, and other related charges. Interest continues to accrue at a rate of $52.9079 per day.

4. No payments or pay offs have been tendered to the Creditor.

5. No equity exists in this property for the benefit of the Estate and its Creditors.

6.   That the Creditor is entitled to relief from the automatic stay to foreclose its liens and security interests.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the Creditor, Blue Ridge Savings Bank, Inc., is allowed Relief from Stay to foreclose its rights relative to the Deed of Trust recorded in Book 911 Page 786 of the McDowell County Registry of Deeds and Note.

**This Order has been signed electronically.**          **United States Bankruptcy Court**
**The Judge's signature and court's seal appear**
**at the top of the Order.**

R&S 703066-1