B6F (Official Form 6F) (12/07)

In re __**Cornerstone Log & Timber Homes, Inc.**_____,   Case No. _____

                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2004-2007 Other Bill | | | | |
| A & A Enigeering 4209 Monroe Street Toledo, OH 43606 | | - | | | | | | 1,060.00 |
| Account No. | | | | 2008 Other Bill Balance due on Well for Beal Project. This was an overage and the client is supposed to pay this directly to the vendor | | | | |
| A & E Well Drilling and Pump 384 Wallace Road Ellenboro, NC 28040 | | - | | | | | | 4,823.50 |
| Account No. | | | | 2008 & 2009 Other Bill subcontractor that has worked on various projects | | | | |
| A Perfect Universe 690 Johnson Nursury Rd Williard, NC 28478 | | - | | | | | | 12,947.12 |
| Account No. | | | | Other Bill Insulation contractor | | | | |
| Adams Insulation 7900 Belmont Chesterfield, VA 23832 | | - | | | | | | 2,361.70 |
| __30__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | 21,192.32 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:35139-090728   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.** _____,  Case No. _____

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 | | | | |
| Affordable Equipment Rental 1934 Spartsburg Rd Hendersonville, NC 28792 | - | | Other Bill | | | | 605.68 |
| Account No. | | | Other Bill | | | | |
| Alexander Accounting 742-225 McKnight Drive Knightdale, NC 27545 | - | | | | | | 510.00 |
| Account No. | | | 2008-2009 | | | | |
| All bright Sanitation P.O. Box 816 Columbus, NC 28722 | - | | Other Bill Supplied dumpters, porta johns etc to the jobsite | | | | 2,259.07 |
| Account No. | | | 2006-2008 | | | | |
| Americon 239 South Main St Marion, NC 28752 | - | | Judgment | | | | 11,192.75 |
| Account No. | | | Other Bill | | | | |
| Appalachian Equipment Rental P.O. Box 1598 Marion, NC 28752 | - | | | | | | 1,045.30 |

Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **15,612.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** , Case No. _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Appalachian Outhouse** <br> **P.O. Box 1598** <br> **Marion, NC 28752** | - | | | **2007-2009** <br> **Other Bill Porta John Rentals** | | | | 661.12 |
| Account No. <br><br> **Appalachian Rub R Wall Inc** <br> **10 White Pine Road** <br> **Arden, NC 28704** | - | | | **2006** <br> **Other Bill waterproofing subcontractor** | | | | 2,481.56 |
| Account No. <br><br> **Asheville Roofing and Siding** <br> **68 Ormond Avenue** <br> **Arden, NC 28704** | - | | | **Other Bill Roofing Subcotractor** | | | | 3,025.00 |
| Account No. <br><br> **Ashland Electric** <br> **P.O. Box 1746** <br> **Ashland, VA 23005** | - | | | **Other Bill** | | | | 815.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 37279** <br> **Baltimore, MD 21297** | - | | | **overdrawn bank accounts** | | | | 3,318.90 |

Sheet no. __2___ of __30___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)  | 10,301.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** ,        Case No. _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Battle, Winslow, Scott and Wiley, PA** <br> **P.O. Box 7100** <br> **Rocky Mount, NC 27804** | - | | **5/2007-12/2008** <br> **Other Bill legal services** | | | | 10,457.26 |
| Account No. <br><br> **Bennick Enterprises** <br> **7836 Hwy 70E** <br> **Nebo, NC 28761** | - | | **2008** <br> **Other Bill grading sub contractor that worked on several jobs** | | | | 52,964.10 |
| Account No. <br><br> **Bill and Sandra Olex** <br> **129 Brindleton Road** <br> **New Egypt, NJ 08533** | - | | **litigation pending; disputed claim** | | | X | 0.00 |
| Account No. <br><br> **Black Mountain Concrete** <br> **2493 US 70** <br> **Swannoa, NC 28778** | - | | **2007-2008** <br> **Other Bill concrete supplier** | | | | 4,307.58 |
| Account No. <br><br> **Bleridge Ridge Disposal** <br> **223 A Baker St** <br> **Morganton, NC 28655** | - | | **2008-2009** <br> **Other Bill** | | | | 782.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **68,510.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.** _____,    Case No. _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 10/2004-8/2006 Other Bill | | | | | | |
| **Boone Lumber** P.O. Box 3110 Boone, NC 28607 | - | | | | | | | 47,580.39 |
| Account No. | | Judgment | | | | | | |
| **Buckner Plumbing and Heating** 1240 Hwy 70 W Marion, NC 28752 | - | | | | | | | 9,693.81 |
| Account No. | | Other Bill | | | | | | |
| **Builders Mutual** P.O. Box 150005 Raleigh, NC 27624 | - | | | | | | | 43,261.04 |
| Account No. | | 4/2008-6/2008 Other Bill | | | | | | |
| **Builders Supply of McDowell County** P.O. 430 Marion, NC 28752 | - | | | | | | | 10,300.19 |
| Account No. | | 8/2007-7-2008 Other Bill | | | | | | |
| **Buildlinks** 3800 Paramount Parkway Suite 100 Morrisville, NC 27560 | - | | | | | | | 4,472.00 |

Sheet no. __4__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 115,307.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornerstone Log & Timber Homes, Inc.**                                    ,    Case No. _____
                                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Other Bill LEASE | | | | |
| Cannon Financial Services Inc P.O. 4004 Carol Stream, IL 60197 | | - | | | | | | |
| | | | | | | | | 4,482.81 |
| Account No. | | | | 2008 Other Bill Legal fees | | | | |
| Carter and Kropelnicki, PA 181 Charlotte Street Asheville, NC 28801 | | - | | | | | | |
| | | | | | | | | 3,750.00 |
| Account No. | | | | 2008 and 2009 Other Bill association fees for property at 113 | | | | |
| Catawba Fall Preserve HOA P.O. Box 26844 Charlotte, NC 28221 | | - | | | | | | |
| | | | | | | | | 917.69 |
| Account No. | | | | Other Bill | | | | |
| CF Reese & Son Supply Co 831 North Main Street Rutherfordton, NC 28139 | | - | | | | | | |
| | | | | | | | | 970.20 |
| Account No. | | | | lawsuit pending; alleged failure to complete home | | | | |
| Charles and Shirley Landever 355 Winged Fort Road Westminster, MD 21158 | | - | | | | | | X |
| | | | | | | | | Unknown |

Sheet no. __5__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,120.70

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** ,                     Case No. _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | roofing contractor | | | | |
| Charles Owenby P.O. Box 71 Pisgah Forest, NC 28768 | | - | | | | | X | 8,328.87 |
| Account No. | | | | 10/2007-12/2007 Other Bill framing sub contractor | | | | |
| Consolidated Framers 631 Monte Visa Candler, NC 28715 | | - | | | | | | 29,360.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Cooper Family Trust Keith and Carol Cooper 1673 Onyx Ridge Road Fort Mill, SC 29708 | | - | | | | | X | 0.00 |
| Account No. | | | | 6/2006-12/2008 Other Bill advertising | | | | |
| Countrys Best Log Homes P.O. Box 715143 Columbus, OH 43271 | | - | | | | | | 13,136.74 |
| Account No. | | | | 4/2007 Other Bill freight costs | | | | |
| Creative Transport Services 2060 Valway Rd Lenoir, NC 28645 | | - | | | | | | 1,207.00 |

Sheet no. __6___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      52,032.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____,   Case No. _____
                                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 8/2007 Other Bill | | | | |
| Curtis Well Drilling c/o Barley and Gaete 1301 N. Hamilton, Suite 200 Ashlnad, VA 23230 | - | | | | | | | 5,994.16 |
| Account No. | | | | 10/2008 Other Bill | | | | |
| D & E Builders 169 Laurel Haven Fairview, NC 28730 | - | | | | | | | 1,897.00 |
| Account No. | | | | 6/2008 Other Bill engineering fees | | | | |
| D Miller and Associates, PA 8504 Six Fork Rd  Ste 101 Raleigh, NC 27615 | | | | | | | | 475.00 |
| Account No. | | | | 3/2008 Other Bill glass company | | | | |
| David Glass and Home Repair 130 Sky Fox Ct Bunker Hill, WV 25413 | - | | | | | | | 1,399.00 |
| Account No. | | | | 4/2007 Other Bill freight | | | | |
| David Waycaster Trucking Inc 294 Tom Creeek Rd Marion, NC 28752 | - | | | | | | | 308.60 |

Sheet no. __7__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,073.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** , Case No. _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | customer; listed for notice purposes | | | | |
| David Whitley and Beckie Dickenson 95 Goldview Road Asheville, NC 28804 | | - | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | 8/2007 Other Bill computer repairs | | | | |
| DCP Consulting 7185 River Glenn Rd Rocky Mount, NC 27803 | | - | | | | | |
| | | | | | | | 2,089.30 |
| Account No. | | | 2008 and 2009 Other Bill utilities at construction trailer | | | | |
| Direct TV P.O. Box 11732 Newwart, NJ 07101 | | - | | | | | |
| | | | | | | | 495.35 |
| Account No. | | | 4/2007 Other Bill portable toilet rentals at jobsite | | | | |
| Discount Prtable Toliets 375 Dehart Mills Rd Bryson City, NC 28715 | | - | | | | | |
| | | | | | | | 491.68 |
| Account No. | | | customer; listed for notice purposes | | | | |
| Doug and Sheila Surges 4276 Glory Road Bealeton, VA 22712 | | - | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,076.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                           ,     Case No. _____
                                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1/2009 | | | | |
| Duke Energy P.O. Box 70516 Charlotte, NC 28235 | - | | Other Bill utiities at Lot 113 | | | | 131.22 |
| Account No. | | | 6/2008-2/2009 | | | | |
| Duncan Parnell P.O. 35649 Charlotte, NC 28235 | - | | Other Bill Blueprint paper supplier | | | | 632.32 |
| Account No. | | | 7/2008 | | | | |
| Dunns Roofing and Home Improvement 915 S Myrtha School Rd Gastonia, NC 28052 | - | | Other Bill roofing subcontractor | | | | 2,420.07 |
| Account No. | | | 10/2007 | | | | |
| DVL Roofing System P.O box 295 Arden, NC 28806 | - | | Other Bill roofing subcontractor | | | | 4,229.59 |
| Account No. | | | 9/2007 | | | | |
| Eastern Oregon Logistics, LLC P.O. Box 1478 Clackamas, OR 97015 | - | | Other Bill | | | | 350.00 |

Sheet no. __9___ of __30___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,763.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____, Case No. _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 12/2007 Other Bill Plumbing and Heating Sub sontractor | | | | |
| Eastern Plumbing and Heating Inc P.O. Box 577 Aylett, VA 23009 | | - | | | | | | 3,110.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Eric and Cindy Rodney 58 Braddock Street Charles Town, WV 25414 | | - | | | | | X | 0.00 |
| Account No. | | | | 10/2006-1/2007 Other Bill Temporary service | | | | |
| Express Personnel Services P.O. Box 730039 Dallas, TX 75373-0039 | | - | | | | | | 8,411.51 |
| Account No. | | | | 12/2008 Other Bill Nail supplier | | | | |
| Fastech of NC Inc 207 Woodfield Dr Nashville, NC 27856 | | - | | | | | | 433.10 |
| Account No. | | | | 12/2008 Other Bill plumbing supplier | | | | |
| Ferguson Enterprise 1100-B Ridgefield Asheville, NC 28806 | | - | | | | | X | 5,952.73 |

Sheet no. __10__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            17,907.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____ , Case No. _____
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Forest Heating and Air**<br>**457 S Broadway**<br>**Forest City, NC 28043** | | - | 10/2008<br>Other Bill Heating Sub Contractor | | | | 6,000.00 |
| Account No.<br><br>**Foxcroft Contracting Inc**<br>**4276 Glory Rd**<br>**Bealeton, VA 22712** | | - | 9/2008<br>Other Bill Framing subcontractor | | | | 5,658.00 |
| Account No.<br><br>**GDS Forest City**<br>**P.O. box 215**<br>**Forest City, NC 28043** | | - | 4/2008<br>Other Bill dumpster services | | | | 1,411.44 |
| Account No.<br><br>**GDS Jackson**<br>**1070 Riverside Dr**<br>**Asheville, NC 28804** | | - | 4/2008<br>Other Bill dumpster services | | | | 1,713.99 |
| Account No.<br><br>**GDS Morganton**<br>**2911 NC Hwy 18 South**<br>**Morganton, NC 28655** | | - | Other Bill Dumpster services | | | | 906.96 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,690.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____ ,    Case No. _____
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Go Forth Services<br>P O Box 694<br>Marion, NC 28752 | - | | | 3/2007-3/2008<br>Other Bill | | | | 1,325.65 |
| Account No.<br><br>Grassey Creek Hardware Inc<br>12398 S 226 Hwy<br>Spruce Pine, NC 28777 | - | | | 2/2008<br>Other Bill Material Supplier-judgment | | | | 18,174.09 |
| Account No.<br><br>Hal Well and Pump Company<br>Box 2<br>Lovington, VA 22949 | - | | | 9/2008<br>Other Bill well subcontractor | | | | 4,769.00 |
| Account No.<br><br>Hawkins Lumber Company<br>3333 US 70 West<br>Marion, NC 28752 | - | | | 9/2008<br>Other Bill Material Supplier | | | | 607.61 |
| Account No.<br><br>Hendersonville Portable<br>5470 Old Spartanbury Hwy<br>Hendersonville, NC 28792 | - | | | 1/2009<br>Other Bill Portable Toilet service | | | | 691.66 |

Sheet no. __12__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **25,568.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornerstone Log & Timber Homes, Inc.**                              ,          Case No. _____
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  | 4/2007-2/2009<br>Other Bill Material Supplier |  |  |  |  |
| **Heritage Lumber**<br>**P.O. Box 625**<br>**Burnsville, NC 28714** | - |  |  |  |  |  | **21,315.65** |
| Account No. |  |  | 5/2006<br>Other Bill |  |  |  |  |
| **J & D Trucking**<br>**38 Big Sandy Mush**<br>**Leicester, NC 28748** | - |  |  |  |  |  | **150.00** |
| Account No. |  |  | lawsuit pending; alleged failure to complete home |  |  |  |  |
| **James and Deborah Hussman**<br>**11 Dondanville**<br>**Saint Augustine, FL 32080** | - |  |  |  |  | X | **Unknown** |
| Account No. |  |  | 11/2007<br>Other Bill Tile Subcontractor |  |  |  |  |
| **Jazeel Sabe Construction**<br>**115 Andrews Drive**<br>**Johnson City, TN 37601** | - |  |  |  |  |  | **1,675.38** |
| Account No. |  |  | customer; listed for notice purposes |  |  |  |  |
| **Jim and Barbara Fleshman**<br>**1024 Sheringham Court**<br>**Kingsport, TN 37660** | - |  |  |  |  | X | **0.00** |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,141.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** ,          Case No. _____

                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | customer; listed for notice purposes | | | X | |
| Jimmy Dale Wright 388 Gum Branch Road Whittier, NC 28789 | | | | | | | | 0.00 |
| Account No. | | | - | former customer | | | X | |
| John and Texy Kuhn 4875 F. S. Atlantic Avenue New Smyrna Beach, FL 32169 | | | | | | | | 15,000.00 |
| Account No. | | | - | 11/2008 Other Bill Trim Sub contractor | | | | |
| John Dean Pettry 21 Hillendale Road Asheville, NC 28805 | | | | | | | | 2,478.00 |
| Account No. | | | - | 8/2008-2/4/2009 Other Bill Portable toliet company | | | | |
| Jones Johns 20068 Sunfish Lane Orange, VA 22960 | | | | | | | | 551.25 |
| Account No. | | | - | customer; listed for notice purposes | | | X | |
| Joseph and Marcia Croteau 10225 Bristol Channel Ellicott City, MD 21042 | | | | | | | | 0.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        18,029.25

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** ,                    Case No. _____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kidwell Electrical Services<br>Rt 1 Box 161 B<br>Paw Paw, WV 25434** | - | | **11/2005<br>Other Bill Electrical Subcontractor** | | | | 9,263.45 |
| Account No.<br><br>**Labor Ready<br>P.O. Box 740435<br>Atlanta, GA 30374** | - | | **10/2007<br>Other Bill Temporary Labor Service** | | | | 702.80 |
| Account No.<br><br>**Lake James Trading Company<br>P.O Box 1420<br>Nebo, NC 28761** | - | | **8/2006<br>Other Bill storage of blocks** | | | | 800.00 |
| Account No.<br><br>**Ledbetter Plumbing<br>P.O. Box 421<br>Bostic, NC 28018** | - | | **12/2008<br>Other Bill Plumbing Subcontractor** | | | | 3,119.50 |
| Account No.<br><br>**Leisure Plumbing Company<br>3424 Brambleton Ave<br>P.O. Box 21535<br>Roanoke, VA 24018** | - | | **9/2006-6/2007<br>Other Bill Advertising** | | | | 11,279.92 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    25,165.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                                ,          Case No. _____
                                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Little and Goslan<br>20 North Main Street<br>Marion, NC 28752** | - | | **Other Bill Legal fees** | | | | 500.00 |
| Account No.<br><br>**Log Home Repair & Restor. Services<br>2545 W. Hilliardston Rd<br>Nashville, NC 27856** | - | | **2004<br>Personal Loans for working capital** | | | | 39,000.00 |
| Account No.<br><br>**Log Home Repair & Restor. Services<br>2545 W Hilliardston Rd<br>Nashville, NC 27856** | - | | **3/2007-3/2009<br>Other Bill Subcontractor that builds log home and does staining** | | | | 279,509.98 |
| Account No.<br><br>**Lowes<br>PO 2510<br>Tuscaloosa, AL 35403** | - | | **Other Bill** | | | | 4,949.05 |
| Account No.<br><br>**LT Jones<br>75 Capital Ave<br>Fredricksburg, VA 22406** | - | | **7/2008<br>Other Bill Concrete contractor** | | | | 2,800.00 |

Sheet no. __16__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          326,759.03

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                                ,    Case No. _____

                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 1/2007 Other Bill engineering | | | | |
| LTL Associates PLLC 21120 Townwood Drive Cornelius, NC 28031 | - | | | | | | 3,509.00 |
| Account No. | | | 4/2007 Other Bill Concrete pump company | | | | |
| Marion Suttles 7 Country Club Waynesville, NC 28786 | - | | | | | | 342.00 |
| Account No. | | | customer; listed for notice purposes | | | | |
| Mark and Celeste Beal 1500 Covey Lane Wilmington, NC 28411 | - | | | | | X | 0.00 |
| Account No. | | | customer; listed for notice purposes | | | | |
| Mark Himelick and Sharon Eldred 475 Estero Blvd Fort Myers Beach, FL 33931 | - | | | | | X | 0.00 |
| Account No. | | | 12/2006-3/2009 Other Bill utilities for contruction camper | | | | |
| McCoombs Oil and Propoane Co 101 Sandford Dr Morganton, NC 28680 | - | | | | | | 761.89 |

Sheet no. __17__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,612.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornerstone Log & Timber Homes, Inc.**                          ,   Case No. _____
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/2006-5/2008 Other Bill | | | | |
| McDowell Cement Products P.O. Box 1147 Marion, NC 28752 | - | | | | | | 7,216.07 |
| Account No. | | | 11/2008 Other Bill | | | | |
| McDowell Dowell Glass & Mirror 1955 70 East  Suite 2 Marion, NC 28752 | - | | | | | | 1,346.36 |
| Account No. | | | 2004-2009 Other Bill 1-800 phone bill | | | | |
| MCI P.O. Box 371838 Pittsburgh, PA 15250 | - | | | | | | 188.24 |
| Account No. | | | 7/2007 Other Bill | | | | |
| Mcneelys Rentals of Sylva 1674 E. Main Street Sylvia, NC 28779 | - | | | | | | 388.57 |
| Account No. | | | 1/2007 Other Bill Subcontractor- did not complete work and we dispute this bill | | | X | |
| Micheal Ray Builders 40 Johnson Lane Glade Valley, NC 28627 | - | | | | | | 5,436.18 |

Sheet no. __18__ of __30__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     14,575.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cornerstone Log & Timber Homes, Inc.** ,    Case No. _____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Micheal Surret**<br>**1173 Garren Creek Road**<br>**Fairview, NC 28730** | | - | | 10/2008<br>**Other Bill trim subcontractor** | | | | 3,720.46 |
| Account No.<br><br>**Michel and Paula Kwaraceius**<br>**Joseph Kwaraceius**<br>**1212 Tidewater Drive**<br>**North Myrtle Beach, SC 29582** | | - | | customer; listed for notice purposes | | | X | 0.00 |
| Account No.<br><br>**Michelle Reed**<br>**292 Deacon Drive**<br>**Marion, NC 28752** | | - | | contract labor | | | | 1,300.00 |
| Account No.<br><br>**MLA Construction**<br>**409 Winnetka Avenue**<br>**Richmond, VA 23227** | | - | | 3/2008<br>**Other Bill Drywall** | | | | 3,660.00 |
| Account No.<br><br>**Nash Hospitals Inc**<br>**2460**<br>**Curtis Ellis Dr**<br>**Rocky Mount, NC 27804** | | - | | 6/2006<br>**Other Bill Employee Drug testing** | | | | 117.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,797.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.**                                          ,          Case No. _____
                                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **New Republic Bank** **3321 Sunset Avenue** **Rocky Mount, NC 27804** | - | | | | | | | 47.00 |
| Account No. | | | | Other Bill | | | | |
| **Owen Pardin** **910 Davis Branch Road** **Bryson City, NC 28713** | - | | | | | | | 800.00 |
| Account No. | | | | **2008** **Other Bill Framing sub contractor** | | | | |
| **PA Berebe** **72 Classic Breeze Lane** **Hendersonville, NC 28792** | - | | | | | | | 2,715.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| **Paul and Claim Waldorf** **9013 Paddington Court** **Bristow, VA 20136** | - | | | | | | X | 0.00 |
| Account No. | | | | balance owed for cancellation of contract | | | | |
| **Paul and Mary Lou Tortorete** **1212 Tidewater Drive** **North Myrtle Beach, SC 29582** | - | | | | | | | 41,500.00 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            45,062.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____,    Case No. _____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 3/2008 Other Bill Window supplier | | | | |
| Pella Windows and Doors 220 Seneca Road Greensboro, NC 27406 | | - | | | | | | 8,515.32 |
| Account No. | | | | 2006 & 2007 Other Bill | | | | |
| Pitney Bowes 2225 America Drive Neenah, WI 54956 | | - | | | | | | 209.75 |
| Account No. | | | | 2007 Other Bill | | | | |
| Portable Sanitation Services 9165 Ivey Banks Drive Mechnanicsville, VA 23116 | | - | | | | | | 806.25 |
| Account No. | | | | Other Bill Insurance Major Medical | | | | |
| Principle Life Insurance PO BOX 3100 Naperville, IL 60566 | | - | | | | | | 5,922.97 |
| Account No. | | | | 2009 Other Bill Insurance | | | | |
| Progressive Advantage PO Box 30108 Tampa, FL 33630 | | - | | | | | | 677.20 |

Sheet no. __21__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    16,131.49

B6F (Official Form 6F) (12/07) - Cont.

In re __**Cornerstone Log & Timber Homes, Inc.**_____ ,    Case No. _____

                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Other Bill | | | | |
| Quill PO Box 94081 Palatine, IL 60094 | | - | | | | | | 618.27 |
| Account No. | | | | 2006 Other Bill Accountant | | | | |
| Richard Overman P.O. Box 8635 Rocky Mount, NC 27804 | | - | | | | | | 3,620.00 |
| Account No. | | | | listed for notice purposes | | | | |
| Robert and Phyllis Brinson 17029 Arrow Point Road Orange, VA 22960 | | - | | | | | X | 0.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Robert Woodrick 9494 Providence Church Road Ashland, VA 23005 | | - | | | | | X | 0.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Rocco and Harriet Nittoli P.O. Box 127 Bath, NC 27808 | | - | | | | | X | 0.00 |

Sheet no. __**22**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,238.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornerstone Log & Timber Homes, Inc.**                                       ,          Case No. _____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill | | | | |
| Rocky Mount Rubber Stamp P.O. Box 7824 Rocky Mount, NC 27804 | | - | | | | | | 34.75 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Rolf and Maureen Ronken 9032 Gravelwood Court Springfield, VA 22153 | | - | | | | | X | 0.00 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Ronald and Susan Bloss 11170 Silo Road Marshall, VA 20115 | | - | | | | | X | 0.00 |
| Account No. | | | | Other Bill Engineer | | | | |
| Royal Engineering Inc P.O. Box 17828 Greenville, SC 29606 | | - | | | | | | 1,125.00 |
| Account No. | | | | Other Bill | | | | |
| RSC Equipment Rentals P.O Box 840514 Dallas, TX 75284 | | - | | | | | | 2,881.04 |

Sheet no. __23__ of __30__ sheets attached to Schedule of                                    Subtotal          | 4,040.79
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                    ,    Case No. _____
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Other Bill | | | | |
| Rutherford Overhead Doors 92 Elliott Rd Rutherfordton, NC 28139 | - | | | | | | 1,905.00 |
| Account No. | | | Other Bill | | | | |
| Safety Services P.O. Box 6408 Yuma, AZ 85366 | - | | | | | | 100.00 |
| Account No. | | | 2007.2008.2009 Other Bill Timber Frame manufacturer- dispute the storage charges | | | X | |
| Sauter Timber 505 Cardiff Valley Rd Rockwood, TN 37854 | - | | | | | | 30,731.87 |
| Account No. | | | Other Bill | | | | |
| Shenandoah Metals 194 Yoder Circle Stuarts Draft, VA 24477 | - | | | | | | 2,935.36 |
| Account No. | | | Other Bill | | | | |
| Smuckers Builders 129 Chapman Mountain Circle Standardsville, VA 22973 | - | | | | | | 2,000.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           37,672.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.** _____,   Case No. _____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Steve Lovelace Drywall** <br>**204 Jackson Run** <br>**Morganton, NC 28655** | - | | **2008** <br>**Other Bill Drywall** | | | | 700.00 |
| Account No. <br><br>**Steve Palmer** <br>**54 Johnson Road** <br>**Mill Spring, NC 28756** | - | | **Other Bill** | | | | 450.00 |
| Account No. <br><br>**Superior Walls** <br>**3570 S Main St** <br>**Salibury, NC 28147** | - | | **Other Bill** | | | | 2,344.96 |
| Account No. <br><br>**Surphis Electrica** <br>**290 Crestmont Dr** <br>**Marion, NC 28752** | - | | **Other Bill** | | | | 1,150.00 |
| Account No. <br><br>**Terri Groves** <br>**3728 Tharrington Rd** <br>**Rocky Mount, NC 27804** | - | | **2003-2008** <br>**Personal Loan Cash loans to Company and money paid to vendors on behalf of Cornerstone** | | | | 32,538.59 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 37,183.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                          ,          Case No. _____
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 11/2006 Personal Loan Company used Terri Groves personal card | | | | |
| Terri Groves 3728 Tharrington Rd Rocky Mount, NC 27804 | | - | | | | | | 223.64 |
| Account No. | | | | Other Bill reimbursable expenses that the company owes | | | | |
| Terri Groves 3728 Tharrington Rd Rocky Mount, NC 27804 | | - | | | | | | 1,158.77 |
| Account No. | | | | customer; listed for notice purposes | | | | |
| Terry and Carol Schultz 515 East Las Olas Blvd 15th Floor Fort Lauderdale, FL 33301 | | - | | | | | X | 0.00 |
| Account No. | | | | Other Bill | | | | |
| Thimpson Brothers Exterminating P.O Box 748 Forest City, NC 28403 | | - | | | | | | 221.00 |
| Account No. | | | | Other Bill | | | | |
| Thompson Hardwood Floors 4259 US 70 W Marion, NC 28752 | | - | | | | | | 3,066.15 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  4,669.56

B6F (Official Form 6F) (12/07) - Cont.

In re **Cornerstone Log & Timber Homes, Inc.**                              ,          Case No. _____
                                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Other Bill | | | | |
| Triangle Insurance Group PO Box 1179 Clayton, NC 27520 | | - | | | | | 6,690.02 |
| Account No. | | | Other Bill | | | | |
| Tucker Materials Inc PO Box 398 Fletcher, NC 28732 | | - | | | | | 832.54 |
| Account No. | | | Other Bill | | | | |
| Unifour Concrete Specialities Supply PO Box 2224 Lenoir, NC 28645 | | - | | | | | 352.28 |
| Account No. | | | Other Bill | | | | |
| UPS PO Box 7247 Asheville, NC 28806 | | - | | | | | 1,190.70 |
| Account No. | | | Other Bill | | | | |
| UPS Store 1854 Hendersonville Rd Asheville, NC 28806 | | - | | | | | 349.56 |

Sheet no. __27__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **9,415.10**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cornerstone Log & Timber Homes, Inc.**                          ,     Case No. _____
                                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Other Bill | | | | |
| Verizon Wireless P.O. Box 17120 Tusan, AZ 85731 | | - | | | | | | 2,420.80 |
| Account No. | | | | Credit Card | | | | |
| Wells Fargo P.O. Box 6426 Carol Stream, IL 60197 | | - | | | | | | 46,610.01 |
| Account No. | | | | 2008 Other Bill HVAC Contractor | | | | |
| White and Williams Co 514 Swannowa River Rd Asheville, NC 28806 | | - | | | | | | 9,508.00 |
| Account No. | | | | litigation pending; disputed claim | | | X | |
| Whitley/Dickenson 95 Goldview Road Asheville, NC 28804 | | - | | | | | | 0.00 |
| Account No. | | | | 2003-2008 Personal Loan cash loans to company | | | | |
| William Shaw 124 Sion Court Rocky Mount, NC 27803 | | - | | | | | | 37,176.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            95,714.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornerstone Log & Timber Homes, Inc.** _____ ,    Case No. _____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Shaw<br>124 Sion Court<br>Rocky Mount, NC 27803** | - | | | **2003-2008<br>Personal Loan William Shaw has loaned money and paid vendors from his credit cards** | | | | 34,479.98 |
| Account No.<br><br>**William Shaw<br>124 Sion Court<br>Rocky Mount, NC 27803** | - | | | **Personal Loan William Shaw loaned company money from personal American Express credit card** | | | | 28,500.05 |
| Account No.<br><br>**William Shaw<br>124 Sion Court<br>Rocky Mount, NC 27803** | - | | | **loans from American Express credit card** | | | | 56,248.73 |
| Account No.<br><br>**William Shaw<br>124 Sion Court<br>Rocky Mount, NC 27803** | - | | | **Other Bill reciepts owed to William Shaw** | | | | 1,195.27 |
| Account No.<br><br>**WK Dickson<br>P.O. Box 36005<br>Charlotte, NC 28236** | - | | | **6/2008<br>Other Bill** | | | | 834.37 |
| Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | 121,258.40 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cornerstone Log & Timber Homes, Inc.**                                         ,          Case No. _____
                                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Other Bill | | | | |
| WNC Portabke Toilet & Roll Off 1800 Skyland Dr Sylva, NC 28779 | | - | | | | | 317.52 |
| Account No. | | | 2006-2007 Other Bill | | | | |
| Womble, Carlyle, Sandridge and Rice PO Box 601879 Charlotte, NC 28260 | | - | | | | | 11,347.82 |
| Account No. | | | 2008 Other Bill | | | | |
| Wrenn Brothers P.O. Box 546 Siler City, NC 27344 | | - | | | | | 3,448.75 |
| Account No. | | | Other Bill | | | | |
| Wyatt & Bowman Waste Containers 1476 Riverside Drive Asheville, NC 28804 | | - | | | | | 300.60 |
| Account No. | | | Other Bill | | | | |
| Yadkin Well Company 1908 Hamptonville Rd Hamptonville, NC 27020 | | - | | | | | 7,225.36 |

Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **22,640.05**

Total
(Report on Summary of Schedules)            **1,192,264.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy