**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | |
|---|---|
| I IN RE: | CASE NO.: 09-04503-8-RDD |
| **CORNERSTONE LOG & TIMBER HOMES, INC.** | |
| Debtor | CHAPTER 7 |

### REPORT OF SALE AND APPLICATION TO PAY AUCTIONEER'S COMMISSION AND TO REIMBURSE AUCTIONEER FOR NECESSARY EXPENSES

NOW COMES Stephen L. Beaman, Trustee in the above-referenced matter, and makes this Report of Sale and applies to pay auctioneer's commission and to reimburse auctioneer for necessary expenses in the above-referenced matter. In support of this Report and Application, the Trustee shows unto the court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

2. Upon the Application to Employ Auctioneer filed by the Trustee, the court entered an Order dated September 16, 2009, which approved the employment of Country Boys Auction and Realty ("Auctioneer") as auctioneer in this case.

3. On September 4, 2009, the Trustee filed a Notice of Proposed Public Sale and Notice of Compensation of Auctioneer ("Notice") which was served on all creditors. The Notice contained the maximum rate of compensation to be paid to the Auctioneer, and no objections were received within the time limits set forth in the Notice. An Order was entered on September 28, 2009.

4. The Auctioneer, under the direction of the Trustee, conducted a public auction on September 30, 2009 of the following:

> **2006 Chevrolet Truck; Serial # 3GCEK14Z06G224193**
> **1 Laptop computer**
> **1 digital camera**
> **General office equipment**

5. The sale brought gross proceeds of $9,240.00. An itemization of the items sold and sales price is attached hereto as **"Exhibit A"**.

6. Pursuant to the compensation schedule set forth in the Notice, the Auctioneer is entitled to receive commissions in the amount of $1,848.00, plus expenses as set forth below.

| EXPENSE | AMOUNT |
|---|---|
| Transportation of Vehicle and Miscellaneous Small Items | $200.00 |
|  |  |

WHEREFORE, the Trustee prays for the court to enter an Order authorizing him to pay the Auctioneer an auctioneer's commission in the amount of $1,848.00 and to reimburse the Auctioneer the sum of $200.00 for necessary expenses of the sale and to make such distribution from the assets of the estate.

This the 21st day of October, 2009.

> Law Office of Stephen L. Beaman, PLLC
> By:   S/Stephen L. Beaman
> Stephen L. Beaman, N.C. State Bar No. 6021
> P.O. Box 1907, Wilson, NC 27894-1907
> Phone 252.237.9020 Fax 888.306.2067
> email sbeaman@beamanlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Report of Sale and Application to Pay Auctioneer was served on the parties listed below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

This the 21st day of October, 2009.

> Law Office of Stephen L. Beaman, PLLC
> By:   S/Stephen L. Beaman
> Stephen L. Beaman, N.C. State Bar No. 6021
> P.O. Box 1907, Wilson, NC 27894-1907
> Phone 252.237.9020 Fax 888.306.2067
> email sbeaman@beamanlaw.com

SERVED ON:

Marjorie K. Lynch, Esq.
Bankruptcy Administrator
Post Office Box 3758
Wilson, North Carolina  27894-3758

Consignor Settlement



## Country Boys Auction & Realty
P O Box 1903 | 1211 W 5th St, Washington, NC 27889
Phone (252) 946-6007 | Fax (252) 946-0460
NC License #765

| | |
|---|---|
| CO #: | 626 |
| Date: | 9/29/2009 |
| Page: | 1 |

**Consignor**
Steve Beaman/Cornerstone

Auction: Parker, Amerlink, & Cornerstone 09.30.09

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 977 | 2006 CHEVY Z71 TRUCK VIN 3GCEK14206G224193 82,227 MILES | 9/30/2009 | Invoice Sale Price(Qty=1) #78 - Ken's Cars, Mclamb, Kenneth | 8,700.00 |
| 978 | Carpet Remnants | 9/30/2009 | Invoice Sale Price(Qty=1) #90 - Handy, Ralph | 80.00 |
| 979 | Chairs | 9/30/2009 | Invoice Sale Price(Qty=1) #81 - Lucas, Donald | 17.50 |
| 980 | Copier | 9/30/2009 | Invoice Sale Price(Qty=1) #81 - Lucas, Donald | 7.50 |
| 981 | Display | 9/30/2009 | Invoice Sale Price(Qty=1) #84 - Williams, Gregory | 80.00 |
| 982 | Display | 9/30/2009 | Invoice Sale Price(Qty=1) #84 - Williams, Gregory | 80.00 |
| 983 | Pressure Washer | 9/30/2009 | Invoice Sale Price(Qty=1) #87 - Lancaster, Gregory | 160.00 |
| 984 | Displays | 9/30/2009 | Invoice Sale Price(Qty=1) #60 - Keith Davenport, Davenport, David | 10.00 |
| 985 | Rack & Containers, & Television | 9/30/2009 | Invoice Sale Price(Qty=1) #87 - Lancaster, Gregory | 8.33 |
| 986 | Filing Cabinet | 9/30/2009 | Invoice Sale Price(Qty=1) #87 - Lancaster, Gregory | 8.33 |
| 987 | 2 Filing Cabinets | 9/30/2009 | Invoice Sale Price(Qty=1) #87 - Lancaster, Gregory | 8.34 |
| 988 | Laptop | 9/30/2009 | Invoice Sale Price(Qty=1) #110 - Anndrea Dixon Trucking, Dixon, Andrea | 170.00 |
| 989 | Camera | 9/30/2009 | Invoice Sale Price(Qty=1) #110 - Anndrea Dixon Trucking, Dixon, Andrea | 90.00 |

## Consignor Settlement



**Country Boys Auction & Realty**
P O Box 1903 | 1211 W 5th St, Washington, NC 27889
Phone (252) 946-6007 | Fax (252) 946-0460
NC License #765

| CO #: | 626 |
|---|---|
| Date: | 9/29/2009 |
| Page: | 2 |

|  |  |
|---|---|
| Total Quantity: | 13.00 |
| Total Invoice Sale Price: | 9,420.00 |
| Total Due to Consignor: | 9,420.00 |
| Total Payments: | 0.00 |
| Balance: | $9,420.00 |

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 0% |
|---|---|



**1211 W. Fifth St. PO Box 1903 Washington, NC 27889**
phone (252) 946-6007 | fax (252) 946-0460

# Invoice

| Date | Invoice # |
|---|---|
| 10/2/2009 | 1526 |

**Bill To**

Steve Beaman, Trustee
304 West Nash St
Wilson, NC  27894-1907

Re: Cornerstone

| Description | Amount |
|---|---|
| Transportation of Vehicle and Miscellaneous Small Items | 200.00 |

**Total** $200.00

DECLARATION OF COSTS AND EXPENSES OF SALE

I, Mike Gurkins, of Country Boys Auction & Realty, Inc. declare under penalty of perjury that the foregoing costs and expenses of sale to the best of my knowledge, are true and accurate and were necessary for the sale of the property reported herein.

10-2-09
Dated

Mike Gurkins

Sworn and Subscribed before me the  2ND  day of  October , 2009

Notary

[Notary seal: LORI MOONEY MORGAN, NOTARY PUBLIC, BEAUFORT COUNTY, NC, 4-23-10]

**Auction**

Beaman Combined Sale — 9/30/2009
Amerlink, Parker, Cornerstone

| Newspaper | Run Date | Run Date | Run Date | Run Date | Cost |
|---|---|---|---|---|---|
| Greenville Daily Reflector | 9/27/2009 | | | | $107.92 |
| Rocky Mount Telegram | 9/27/2009 | | | | $93.58 |
| Wilson Daily Times | 9/26/2009 | | | | $101.25 |
| Tarboro Daily Southerner | 9/24/2009 | 9/25/2009 | | | $102.00 |
| Raleigh News & Observer | 9/27/2009 | | | | $818.73 |
| Carolina weekly | 9/24/2009 | | | | $70.00 |

**Internet**

posting at www.countryboysauction.com — nc
posting at www.auctionzip.com — nc

**Signage**

assorted poly signage

**Printed Material**

Total    **$1,293.48**



**countryboysauction.com**
## AUCTION
Trucks, Trailers, & Electrical supplies
Wednesday, September 30th 10am
4643 Bulluck School Rd, Rocky Mount NC

### VEHICLES
'05 Freightliner "Columbia" day cab 99K, '04 Freightliner "Business" 6-wheel dump (very low miles), '06 Chev 1500 4X4 reg cab short bed 82K, '05 Chev work van 100K, '03 Chev 1500 175K, '03 Chev S10 crew cab 4WD 104K, '03 Chev 2500 HD crew cab 4WD 137K, '03 Chev 2500 HD reg cab 2WD, '98 Nissan Sentra 235K, '89 Mack cabover, (3) old Strick chip trailers, '94 Hudson trailer, etc

### OTHER
Small amount of miscellaneous electrical parts & inventory, a few electrical tools, a small amount of office furniture & equipment including one laptop and a few PC computers, and other miscellaneous items.
**NOT MANY SMALL ITEMS!**
*Cash or good check only time of sale. All items sold for the US Federal Bankruptcy Court. Sale subject to court approval.*
**Country Boys Auction & Realty Co., Inc**
1211 W 5th St. * Washington, NC 27889
(252) 946-6007    NCAL 765

---

Cox Communications

Greenville Daily Reflector
Sunday 27th     $107.92

Rocky Mount Telegram
Sunday 27th     $93.58

Wilson Daily Times
Saturday 26th    $101.25

Tarboro Daily Southerner
Thursday 24th    $51.00
Friday 25th      $51.00



www.countryboysauction.com

# AUCTION

Trucks, Trailers, & Electrical supplies

**Wednesday, September 30th 10am**
4643 Bulluck School Rd, Rocky Mount NC

### VEHICLES
'05 Freightliner "Columbia" day cab 99K, '04 Freightliner "Business" 6-wheel dump (very low miles), '06 Chev 1500 4X4 reg cab short bed 82K, '05 Chev work van 100K, '03 Chev 1500 175K, '03 Chev S10 crew cab 4WD 104K, '03 Chev 2500 HD crew cab 4WD 137K, '03 Chev 2500 HD reg cab 2WD, '98 Nissan Sentra 235K, '89 Mack cabover, (3) old Strick chip trailers, '94 Hudson trailer, etc

### OTHER ITEMS
Small amount of miscellaneous electrical parts & inventory, a few electrical tools, a small amount of office furniture & equipment including one laptop and a few PC computers, and other miscellaneous items.

**NOT MANY SMALL ITEMS!**

*Cash or good check only time of sale. All items sold for the US Federal Bankruptcy Court. Sale subject to court approval.*

**Country Boys Auction & Realty Co., Inc.**
1211 W 5th St. * Washington, NC 27889
(252) 946-6007 * NCAL 765

---

Raleigh News & Observer
Sunday Sept 27th
$818.73

Carolina Weekly
Sept 24
$70.00

```
Bid Card #: 50
  Customer… B1079
  Company:
       Name: William Robinson
    Address: 3012 EP Taylor Store Road
             Nashville, NC27856
      Phone: 252-443-2920
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: / /
        SSN: - -
        DL#: 203280
             -Not Selected- -    0/0
         ID:

Bid Card #: 51
  Customer… B4057
  Company:
       Name: Leroy Avent
    Address: 814 PAUL ST
             Rocky Mount, NC27803-3337
      Phone: 266-4992
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: 10/27/1967
        SSN: - -
        DL#: 6175573
             -Not Selected- -    0/0
         ID:

Bid Card #: 52
  Customer… B4342
  Company:
       Name: Leslie Hardison
    Address: 3512 WHETSTONE PL N
             Wilson, NC27896-1296
      Phone: 252-230-8065
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: 7/8/1944
        SSN: - -
        DL#: 1690455
             -Not Selected- -    0/0
         ID:

Bid Card #: 53
  Customer… B4343
  Company:
       Name: Alan McIntosh
    Address: 918 Tody Goodwin Road
             Apex, NC27502
      Phone: 919-545-4713
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: / /
        SSN: - -
        DL#: 4220778
             -Not Selected- -    0/0
         ID:

Bid Card #: 54
  Customer… B4344
  Company:
       Name: Jeffrey Brooks
    Address: 1548 HARRISON RD
             Nashville, NC27856-7979
      Phone: 252-813-9208
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: 6/12/1965
        SSN: - -
        DL#: 23437732
             -Not Selected- -    0/0
         ID:

Bid Card #: 55
  Customer… B314
  Company: Frank Dail Farms
       Name: Ronnie Dail
    Address: 6088 Us 13
             Farmville, NC27828
      Phone: 252-355-1623
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: / /
        SSN: - -
        DL#: 447721
             -Not Selected- -    0/0
         ID:

Bid Card #: 56
  Customer… B4345
  Company:
       Name: Freddie Turner
    Address: 5231 Cokey Road
             Rocky Mount, NC27801
      Phone: 446-4898
     Phone2:
     Phone3:
        Fax:
     E-Mail:
 Taxable1/2: Y / N
        DOB: / /
        SSN: - -
        DL#: 1490291
             -Not Selected- -    0/0
         ID:
```

```
Bid Card #: 57
  Customer... B4346
  Company: Latham Electrical
     Name: Gary Latham
  Address: 1491 HALLTOWN RD
           Jacksonville, NC28546-6212
    Phone: 910-938-2103
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB: 1/31/1958
      SSN:   -  -
      DL#: 4676841
           -Not Selected- -   0/0
       ID:

Bid Card #: 58
  Customer... B3615
  Company:
     Name: Benjamin Ammons
  Address: 8294 Hawkins Road
           Linden, NC28356
    Phone: 910-658-7142
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB:   /  /
      SSN:   -  -
      DL#: 8447904
           -Not Selected- -   0/0
       ID:

Bid Card #: 59
  Customer... B1299
  Company:
     Name: Jimmy Jeffries
  Address: 20 Cokesbury Ct
           Henderson, NC27537-4092
    Phone: 252-492-6465
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB:   /  /
      SSN:   -  -
      DL#: 7670808
           -Not Selected- -   0/0
       ID:

Bid Card #: 60
  Customer... KD
  Company: Keith Davenport
     Name: David Davenport
  Address: P O Box 164
           Plymouth, NC27962
    Phone: 809-2172
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB:   /  /
      SSN:   -  -
      DL#: 4707066
           -Not Selected- -   0/0
       ID:

Bid Card #: 61
  Customer... B1045
  Company:
     Name: Jerry Sharpe
  Address: 1445 Mt Wesley Church Rd
           Hidenite, NC28636
    Phone: 704-585-2296
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB:   /  /
      SSN:   -  -
      DL#:
           -Not Selected- -   0/0
       ID:

Bid Card #: 62
  Customer... B4347
  Company:
     Name: Bobby Ray
  Address: 109 BRODIE PRIVETTE RD
           Zebulon, NC27597-7778
    Phone: 269-8463
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB: 10/21/1938
      SSN:   -  -
      DL#: 2021126
           -Not Selected- -   0/0
       ID:

Bid Card #: 63
  Customer... B668
  Company:
     Name: Ralph Measley
  Address: 2464 Albert Sugg Rd
           La Grange, NC28551
    Phone: 252-566-9534
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y /  N
      DOB:   /  /
      SSN:   -  -
      DL#: 3857186
           -Not Selected- -   0/0
       ID:
```

```
Bid Card #: 64
  Customer… B1211
  Company:
      Name: Sisals Smith
   Address: 612 Short Spoon Cir
            Rocky Mount, NC27804-6412
     Phone: 252-977-9364
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 4579927
            -Not Selected- -    0/0
        ID:

Bid Card #: 65
  Customer… B3167
  Company:
      Name: L Herring, Jr.
   Address: 5119 E Washington St
            Lagrange, NC28551
     Phone: 252-566-4860
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 2548240
            -Not Selected- -    0/0
        ID:

Bid Card #: 66
  Customer… B603
  Company:
      Name: Christopher Collins
   Address: 125 Squire Dr
            Winterville, NC28590
     Phone: 439-1200
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 1970992
            -Not Selected- -    0/0
        ID:

Bid Card #: 67
  Customer… B3161
  Company:
      Name: Walter Sutton
   Address: 3054 Askew Rd
            Farmville, NC27828-9297
     Phone: 252-717-8630
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 3588876
            -Not Selected- -    0/0
        ID:

Bid Card #: 68
  Customer… B1140
  Company:
      Name: William Hobbs
   Address: RT 1 Box 103
            Pinetops, NC27864-9711
     Phone: 827-2511
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 2430893
            -Not Selected- -    0/0
        ID:

Bid Card #: 69
  Customer… B1354
  Company:
      Name: John Bradley
   Address: 1195 Nobles Mill Pond Road
            Tarboro, NC27886
     Phone: 252-442-8656
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#:
            -Not Selected- -    0/0
        ID:

Bid Card #: 70
  Customer… B4349
  Company:
      Name: William Bunting
   Address: 2305 BYnums Bridge Road
            Scotland Neck, NC27874-8661
     Phone: 252-826-4025
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y /  N
       DOB:  /  /
       SSN:  -  -
       DL#: 5445684
            -Not Selected- -    0/0
        ID:
```

10/1/2009 10:37:11

Case 09-04503-8-JRL    Doc 37    Filed 10/21/09    Entered 10/21/09 15:23:25    Page 12 of 17

Country Boys Auction & Realty
All Bidders
Page: 4

61 - Parker, Amerlink, & Cornerstone 09.30.09

```
Bid Card #: 71
  Customer… B4348
  Company:
      Name: William Varnell
   Address: RR1 Box 72A
            Pinetops, NC27864-9710
     Phone: 903-8596
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y / N
       DOB:  /  /
       SSN:  -  -
       DL#: 2631593
            -Not Selected- -    0/0
        ID:

Bid Card #: 72
  Customer… KL
  Company: Kornegay Logging
      Name: Gerald Kornegay
   Address: 1404 Red Hill Road
            Mount Olive, NC28365
     Phone: 919-738-8649
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: N / N    300357
       DOB:  /  /
       SSN:  -  -
       DL#: 3357751
            -Not Selected- -    0/0
        ID:

Bid Card #: 73
  Customer… B1121
  Company:
      Name: Lyman Boseman
   Address: 1944 Northern Blvd
            Rocky Mount, NC27804
     Phone: 446-3636
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y / N
       DOB:  /  /
       SSN:  -  -
       DL#: 7267
            -Not Selected- -    0/0
        ID:

Bid Card #: 74
  Customer… B1345
  Company:
      Name: Bob Leonard
   Address: 5214 W Castalia Road
            Nashville, NC27856-9567
     Phone: 252-459-7584
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y / N
       DOB:  /  /
       SSN:  -  -
       DL#: 1553923
            -Not Selected- -    0/0
        ID:

Bid Card #: 75
  Customer… B3023
  Company:
      Name: Gregory Rufty
   Address: 675 York Road
            Stony Point, NC28678-9268
     Phone: 704-585-2601
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: N / N    106434
       DOB:  /  /
       SSN:  -  -
       DL#: 1332893
            -Not Selected- -    0/0
        ID:

Bid Card #: 76
  Customer… B4351
  Company: Bartlett Milling Com0pany, L.p.
      Name:
   Address: Po Box 831
            Statesville, NC28687
     Phone: 704-872-9581
    Phone2: 800-222-8626
    Phone3: 888-816-8306
       Fax: 704-873-8956
    E-Mail:
Taxable1/2: Y / N
       DOB:  /  /
       SSN:  -  -
       DL#:
            -Not Selected- -    0/0
        ID:

Bid Card #: 77
  Customer… B4353
  Company:
      Name: Timothy Dismukes
   Address: 613 Ontario Dr
            Greenville, NC27858-6242
     Phone: 252-245-0373
    Phone2:
    Phone3:
       Fax:
    E-Mail:
Taxable1/2: Y / N
       DOB:  /  /
       SSN:  -  -
       DL#: 4614379
            -Not Selected- -    0/0
        ID:
```

```
Bid Card #: 78
  Customer… B4105
  Company: Ken's Cars
     Name: Kenneth Mclamb
  Address: 2009 MARGARET DR
           Goldsboro, NC27530-9593
    Phone: 919-739-0069
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: 5/16/1974
      SSN:  -  -
      DL#: 8547282
           -Not Selected- -   0/0
       ID:

Bid Card #: 79
  Customer… B4354
  Company:
     Name: Marvin Robbins
  Address: 7068 Heffner Road
           Rocky Mount, NC27803
    Phone: 25297442043
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  /  /
      SSN:  -  -
      DL#: 1456537
           -Not Selected- -   0/0
       ID:

Bid Card #: 80
  Customer… B4355
  Company:
     Name: Thomas Barkley
  Address: 4561 Edgewater Rd
           Elm City, NC27822-7939
    Phone: 252-205-4571
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  /  /
      SSN:  -  -
      DL#: 8559409
           -Not Selected- -   0/0
       ID:

Bid Card #: 81
  Customer… B933
  Company:
     Name: Donald Lucas
  Address: 128 Englewood Drive
           Rocky Mount, NC27804
    Phone: 252-937-8811
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  /  /
      SSN:  -  -
      DL#: 3205394
           -Not Selected- -   0/0
       ID:

Bid Card #: 82
  Customer… B4356
  Company:
     Name: Louis Stone
  Address: 11604 EAST NC 97
           Rocky Mount, NC27803-4314
    Phone: 252-442-2119
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: 5/18/1943
      SSN:  -  -
      DL#: 1393772
           -Not Selected- -   0/0
       ID:

Bid Card #: 83
  Customer… MD
  Company:
     Name: Mike Dunn
  Address: 4372 Nc 222
           Fountain, NC27829
    Phone: 757-2995
   Phone2: 758-7591
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  /  /
      SSN:  -  -
      DL#: 707035
           -Not Selected- -   0/0
       ID:

Bid Card #: 84
  Customer… B1440
  Company:
     Name: Gregory Williams
  Address: PO Box 7841
           Rocky Mount, NC27804
    Phone: 252-937-2483
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  /  /
      SSN:  -  -
      DL#: 5361229
           -Not Selected- -   0/0
       ID:
```

```
Bid Card #: 85
  Customer… B2504
  Company:
     Name: David Jones
  Address: 1624 Pelham Drive
           Winterville, NC28590
    Phone: 717-1524
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: / /
      SSN: - -
      DL#: 29819182
           -Not Selected- -    0/0
       ID:

Bid Card #: 86
  Customer… B4357
  Company:
     Name: Danny Spain
  Address: 2029 Sher Dan Lan
           Greenville, NC27858
    Phone: 717-9503
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: / /
      SSN: - -
      DL#: 5184843
           -Not Selected- -    0/0
       ID:

Bid Card #: 87
  Customer… B4358
  Company:
     Name: Gregory Lancaster
  Address: 208 S Third St
           Pinetops, NC27864
    Phone: 252-827-5748
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: / /
      SSN: - -
      DL#: 4643827
           -Not Selected- -    0/0
       ID:

Bid Card #: 88
  Customer… B4359
  Company:
     Name: Jerry Hill
  Address: 2551 CLOVER RD
           Rocky Mount, NC27801-8466
    Phone: 252-883-2470
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: 12/7/1952
      SSN: - -
      DL#: 2122364
           -Not Selected- -    0/0
       ID:

Bid Card #: 89
  Customer… B2537
  Company:
     Name: Thomas Lessin
  Address: P. O. Box 314
           Cary, NC27512
    Phone: 919-219-4051
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: / /
      SSN: - -
      DL#: 4724769
           -Not Selected- -    0/0
       ID:

Bid Card #: 90
  Customer… B4360
  Company:
     Name: Ralph Handy
  Address: 8294 HWY 97 E
           Elm City, NC27822-0000
    Phone: 252-908-3801
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: 12/7/1965
      SSN: - -
      DL#: 5607869
           -Not Selected- -    0/0
       ID:

Bid Card #: 91
  Customer… B4361
  Company:
     Name: David, JR Evans
  Address: 701 W 14th St
           Greenville, NC27834-4043
    Phone: 754-1175
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: / /
      SSN: - -
      DL#: 1622393
           -Not Selected- -    0/0
       ID:
```

10/1/2009 10:37:11
Case 09-04503-8-JRL   Doc 37   Filed 10/21/09   Entered 10/21/09 15:23:25   Page 15 of 17
Country Boys Auction & Realty
All Bidders
Page: 7

61 - Parker, Amerlink, & Cornerstone 09.30.09

---

**Bid Card #: 92**
- Customer: B4362
- Company:
- Name: Cleveland Joyner
- Address: 1228 Waterloo Dr
  Rocky Mount, NC27804
- Phone: 903-3614
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 823057
  -Not Selected- -   0/0
- ID:

**Bid Card #: 93**
- Customer: B4315IMBE
- Company: J&N Land and Timber
- Name: Gerarld Rhodes
- Address: 1081 Joyner Bridge Road
  Four Oaks, NC27524
- Phone: 919-934-6756
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 2528132
  -Not Selected- -   0/0
- ID:

**Bid Card #: 94**
- Customer: B1177
- Company:
- Name: Jessie Banks
- Address: P O Box 484
  Maysville, NC28555
- Phone: 910-743-7341
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 2935239
  -Not Selected- -   0/0
- ID:

**Bid Card #: 95**
- Customer: B4363
- Company:
- Name: Ricky Braswell
- Address: 266 Wiggins Lake Dr
  Rocky Mount, NC27801
- Phone: 252-903-5294
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 3890290
  -Not Selected- -   0/0
- ID:

**Bid Card #: 96**
- Customer: B1143
- Company:
- Name: Jimmie Jernigan
- Address: 1280 Bulluck School Road
  Rocky Mount, NC27801-9461
- Phone: 252-977-6132
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 32629
  -Not Selected- -   0/0
- ID:

**Bid Card #: 97**
- Customer: B2448
- Company:
- Name: Mark Bass
- Address: 470 Bass Road
  Nashville, NC27856-9286
- Phone: 252-903-6626
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 5244513
  -Not Selected- -   0/0
- ID:

**Bid Card #: 98**
- Customer: B821
- Company: American Truck Center, Inc.
- Name: Reid Whitehurst
- Address: 4673 NC Hwy 11 South
  P O Box 209
  Winterville, NC28590-0000
- Phone: 756-3635
- Phone2:
- Phone3:
- Fax:
- E-Mail:
- Taxable1/2: Y / N
- DOB: / /
- SSN: - -
- DL#: 1815830
  -Not Selected- -   0/0
- ID:

```
Bid Card #: 99
  Customer... B4365
  Company:
     Name: George Moore
  Address: RR11 Box 259
           Rocky Mount, NC27801
    Phone: 977-2353
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 1835024
           -Not Selected- -    0/0
       ID:

Bid Card #: 100
  Customer... B4366
  Company:
     Name: Stephen Brewer
  Address: 5251 Hornes Church Road
           Wilson, NC27896
    Phone: 252-289-6598
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 8490240
           -Not Selected- -    0/0
       ID:

Bid Card #: 101
  Customer... B162
  Company:
     Name: Johnny Boyette
  Address: 1811 James Road
           Robersonville, NC27871
    Phone: 252-795-3501
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 5927837
           -Not Selected- -    0/0
       ID:

Bid Card #: 102
  Customer... B4367
  Company:
     Name: Gerald Wells
  Address: 14805 BELLAMY MILL RD
           Whitakers, NC27891-9206
    Phone: 704-985-3195
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB: 6/9/1948
      SSN:  - -
      DL#: 2304709
           -Not Selected- -    0/0
       ID:

Bid Card #: 103
  Customer... B993
  Company:
     Name: Gregory Moseley
  Address: 350 Tall Oadk Road
           Tarboro, NC27886-8149
    Phone: 252-823-1242
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 3291525
           -Not Selected- -    0/0
       ID:

Bid Card #: 104
  Customer... B4368
  Company:
     Name: Robert Raper
  Address: 6154 MOrningside Road
           Wilson, NC27893
    Phone: 252-360-9350
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 24619630
           -Not Selected- -    0/0
       ID:

Bid Card #: 105
  Customer... B4369
  Company:
     Name: Charles Watson
  Address: 10673 Nc 43 N
           Rocky Mount, NC27801-9458
    Phone: 252-446-1413
   Phone2:
   Phone3:
      Fax:
   E-Mail:
Taxable1/2: Y / N
      DOB:  / /
      SSN:  - -
      DL#: 1406589
           -Not Selected- -    0/0
       ID:
```

---

**Bid Card #:** 106
**Customer...** B1519
  Company: Chesson Machine Co., Inc.
  Name: Donald Chesson
  Address: 3708-B Gelder Drive
           Raleigh, NC27603
  Phone: 919-661-8355
  Phone2:
  Phone3:
  Fax:
  E-Mail:
Taxable1/2: Y / N
  DOB: / /
  SSN: - -
  DL#:
        -Not Selected- -   0/0
  ID:

**Bid Card #:** 107
**Customer...** B177
  Company: Fat Daddy's Truck Sales
  Name: Kelvin Mooring
  Address: 4337 US 13 North
           Goldsboro, NC27534
  Phone: 919-738-2988
  Phone2:
  Phone3:
  Fax:
  E-Mail:
Taxable1/2: N / N   600686944
  DOB: / /
  SSN: - -
  DL#: 5516761
        -Not Selected- -   0/0
  ID:

**Bid Card #:** 108
**Customer...** B4370
  Company:
  Name: Paul Bullock, III
  Address: P O Drawer 2605
           Rocky Mount, NC27802
  Phone: 977-2974
  Phone2:
  Phone3:
  Fax:
  E-Mail:
Taxable1/2: Y / N
  DOB: / /
  SSN: - -
  DL#: 928911
        -Not Selected- -   0/0
  ID:

**Bid Card #:** 109
**Customer...** B4372
  Company:
  Name: Chad Williamson
  Address: 14403 BELLAMY MILL RD
           Whitakers, NC27891-9208
  Phone: 252-904-9877
  Phone2:
  Phone3:
  Fax:
  E-Mail:
Taxable1/2: Y / N
  DOB: 7/11/1977
  SSN: - -
  DL#: 8989402
        -Not Selected- -   0/0
  ID:

**Bid Card #:** 110
**Customer...** B1278
  Company: Anndrea Dixon Trucking
  Name: Andrea Dixon
  Address: 125 Gibbs Lane
           Trenton, NC28585
  Phone: 252-448-0021
  Phone2:
  Phone3:
  Fax:
  E-Mail:
Taxable1/2: Y / N
  DOB: / /
  SSN: - -
  DL#: 5565845
        -Not Selected- -   0/0
  ID:

**Bid Card #:** 764   (RESERVED)
**Customer...** 764
  Company: Buddy's Garage
  Name:
  Address: 4525 VOA Road
           Washington, NC27889
  Phone: 252-946-3991
  Phone2: 252-943-8126
  Phone3:
  Fax: 948-3633
  E-Mail:
Taxable1/2: N / N   000709838
  DOB: / /
  SSN: - -
  DL#:
        -Not Selected- -   0/0
  ID:

## REPORT TOTALS

  1  bidders with reserved bid card #'s
 62  bidders