**SO ORDERED.**

**SIGNED this 06 day of November, 2009.**

_____
 Randy D. Doub
 United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                          CASE NO.:09-04503-8-RDD
CORNERSTONE LOG & TIMBER
HOMES, INC.
   Debtor                                                       CHAPTER 7

ORDER

      THIS MATTER comes on to be heard upon the Report of Sale and Application to Pay Auctioneer's Commission and to Reimburse Auctioneer for Necessary Expenses filed by Stephen L. Beaman, Trustee in the above-referenced matter. After notice and an opportunity for hearing has been given to the proper parties and after consideration of the evidence presented, the court makes the following findings of fact and conclusions of law:

      1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States District Court for the Eastern District of North Carolina.

      2. Upon the Application to Employ Auctioneer filed by the Trustee, the court entered an Order dated September 16, 2009, which approved the employment of Country Boys Auction and Realty ("Auctioneer") as auctioneer in this case.

      3. On September 4, 2009, the Trustee filed a Notice for Proposed Public Sale and Notice of Compensation of Auctioneer ("Notice") which was served on all creditors. The Notice contained the maximum rate of compensation to be paid to the Auctioneer, and no objections were received within the time limits set forth in the Notice. An Order was entered on September 28, 2009.

      4. The Auctioneer, under the direction of the Trustee, conducted a public auction on

September 30, 2009 of the following:

> **2006 Chevrolet Truck; Serial # 3GCEK14Z06G224193**
> **1 Laptop computer**
> **1 digital camera**
> **General office equipment**

    5. The sale brought gross proceeds of $9,240.00. An itemization of the items sold and sales price is attached to the Report of Sale filed herein.

    6. Pursuant to the compensation schedule set forth in the Notice, the Auctioneer is entitled to receive commissions in the amount of $1,848.00, plus expenses as set forth below.

| EXPENSE | AMOUNT |
| --- | --- |
| Transportation of Vehicle and Miscellaneous Small Items | $200.00 |
|  |  |

    NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

    1. The Trustee is authorized to pay the Auctioneer an auctioneer's commission in the amount of $1,848.00 from the proceeds of the sale;

    2. The Trustee is authorized to reimburse the Auctioneer the sum of $200.00 for necessary expenses of the sale from the proceeds of the sale; and

    3. The Trustee is authorized to make distribution from the proceeds of the sale.

END OF DOCUMENT