**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | |
|---|---|
| I IN RE: | CASE NO.: 09-04503-8-RDD |
| **CORNERSTONE LOG & TIMBER HOMES, INC.** | |
|   Debtor | CHAPTER 7 |

<u>**TRUSTEE'S OBJECTION TO CLAIMS,**</u>
<u>**NOTICE THEREOF AND CERTIFICATE OF SERVICE**</u>

The undersigned Trustee objects to the following claim on the basis set forth and hereby gives notice to claimant of such objections:

| <u>CLAIM NUMBER</u> | <u>NAME AND ADDRESS OF CREDITOR</u> | <u>AMOUNT OF CLAIM</u> |
|---|---|---|
| 3 | Charles and Shirley Landever<br>355 Winged Foot Drive<br>Westminster, MD   21158 | $70,224.00 |

**THE TRUSTEE'S OBJECTION TO YOUR CLAIM IS AS FOLLOWS:** Trustee objects to claim #3 as a claim for taxes or penalties as indicated on the face of the claim but does not object to the allowance of the claim as an unsecured claim.

This 22nd day of December, 2009.

                                                    Law Office of Stephen L. Beaman, PLLC
                                                  By:   <u>S/Stephen L. Beaman</u>
                                                  Stephen L. Beaman, N.C. State Bar No. 6021
                                                  P.O. Box 1907, Wilson, NC 27894-1907
                                                  Phone 252.237.9020 Fax 252.234.5174
                                                          email sbeaman@beamanlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

I IN RE:                                                                         CASE NO.: 09-04503-8-RDD
**CORNERSTONE LOG & TIMBER HOMES, INC.**
**Debtor**                                                                     CHAPTER 7

### NOTICE OF OBJECTION TO CLAIM #3

Stephen L. Beaman, Trustee has filed papers with the court Objecting to Claim #3.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the matter, then on or before **that date which is 30 days after the date of service of this notice,** you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: **U.S. BANKRUPTCY COURT-WILSON, 1760-A PARKWOOD BLVD., WILSON, NC27893.**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to: the undersigned attorney, debtor(s), debtor(s) attorney, trustee, Bankruptcy Administrator, and other parties in interest.

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

This the 22nd day of December, 2009.

                Law Office of Stephen L. Beaman, PLLC
                <u>S/Stephen L. Beaman</u>
                Stephen L. Beaman, N.C. State Bar No. 6021
                P.O. Box 1907, Wilson, NC 27894-1907
                Phone (252) 237-9020 Fax (252) 243-5174
                email sbeaman@beamanlaw.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the **TRUSTEE'S OBJECTION TO CLAIMS AND NOTICE OF OBJECTION TO CLAIM #3** were served on the below-named persons, on this date by mailing a copy of the said document to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

       This the 22nd day of December, 2009.

                                            Law Office of Stephen L. Beaman, PLLC
                                            By: S/Stephen L. Beaman

SERVED ON:
Bankruptcy Administrator (via cm/ecf)

Charles and Shirley Landever
355 Winged Foot Drive
Westminster, MD   21158

Cornerstone Log & Timber Homes, Inc.
PO Box 438
Red Oak, NC 27868

Kevin Sink, Debtor's Attorney
3700 Glenwood Ave., Suite 500
Raleigh, NC 27612