**VAN–032 Memorandum** – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Cornerstone Log & Timber Homes, Inc.　　　　CASE NO.: 09–04503–8–JRL
P.O. Box 439
Red Oak, NC 27868　　　　　　　　　　　　　DATE FILED: May 30, 2009

TaxID: 26–2014249　　　　　　　　　　　　　　CHAPTER: 7


MEMORANDUM

Re: Notice Of Appearance filed by Edward L Bleynat Jr. on behalf of Sharon Eldred, Mark Himelick. (Lyles, Samantha)


You have submitted a document in paper form to the court for filing. As a courtesy, this document has been filed. Pursuant to Local Bankruptcy Rule 5005–4(1)(a), all cases are assigned to the Electronic Case Filing System. By administrative order dated April 1, 2005, the court has made electronic filing mandatory. The court has given notice to the bar of the April 1, 2005, mandatory electronic filing date; therefore, the court will not continue to extend the courtesy.

Each document submitted in paper form must be accompanied by a motion requesting an exemption from electronic filing. The motion for exemption will be considered by the judge assigned to the case prior to any action being taken on the underlying document.

In the event of subsequent noncompliance with the administrative order and local rules governing electronic filing, the court will issue orders for attorneys to show cause as to why the documents submitted in paper form should not be stricken or the attorney sanctioned for failure to file electronically in compliance with Local Bankruptcy Rule 5005–4(b).

DATED: January 8, 2010

　　　　　　　　　　　　　　　　　　　Stephanie J. Edmondson
　　　　　　　　　　　　　　　　　　　Clerk of Court