FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 09-04503-8-JRL   Judge: J. RICH LEONARD | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | Date Filed (f) or Converted (c): | 05/30/09 (f) |
| | | 341(a) Meeting Date: | 07/13/09 |
| For Period Ending: | 12/31/09 | Claims Bar Date: | 01/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SPEC LOG HOME<br>SPEC LOG HOME UNDER CONSTRUCTION<br>LOT 113 CATAWBA FALLS<br>BLACK MOUNTAIN NC | 650,000.00 | 0.00 | | 0.00 | 0.00 | 229,399.54 | 0.00 |
| 2. BANK ACCOUNTS<br>CASH IN COMPANY BANK ACCOUNT | 0.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. ACCOUNTS RECEIVABLE<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $216,222.26<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $102,459.26<br>COLLECTIBILITY UNKNOWN | 0.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. OFFICE EQUIPMENT, FURNISHINGS<br>COPIER; TRADE TOOLS; FAX MACHINE; PRINTER; FILE CABINETS; COMPUTER; CHAIRS; DIGITAL CAMERA | 8,200.00 | 0.00 | | 720.00 | FA | 0.00 | 0.00 |
| 5. 2006 CHEVYZ71 (u)<br>2006 CHEVY Z71 TRUCK<br>VIN3GCEK14206G224193 | 0.00 | 0.00 | | 8,700.00 | FA | 0.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $658,200.00 | $0.00 | | $9,420.60 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) | $229,399.54 | $0.00 |

LFORM1EX

Ver: 15.06

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 09-04503-8-JRL    Judge: J. RICH LEONARD | Trustee Name: STEPHEN L. BEAMAN |
| Case Name: CORNERSTONE LOG & TIMBER HOMES, INC | Date Filed (f) or Converted (c): 05/30/09 (f) |
| | 341(a) Meeting Date: 07/13/09 |
| | Claims Bar Date: 01/08/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2010:  Liquidation complete.  Trustee working on tax returns

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 12/31/10

/s/    STEPHEN L. BEAMAN
_____    Date: 01/27/10
    STEPHEN L. BEAMAN

LFORM1EX

Ver: 15.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 09-04503-8-JRL | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4249 | | |
| For Period Ending: | 12/31/09 | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/08/09 | 4, 5 | COUNTRY BOYS AUCTION | SALE PROCEEDS | 1110-000 | 9,420.00 | | 9,420.00 |
| C  10/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 9,420.12 |
| C  11/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,420.36 |
| C  12/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,420.60 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9920 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 1 | Deposits | 9,420.00 | | 0 | Checks | 0.00 |
| 3 | Interest Postings | 0.60 | | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 9,420.60 | | | |
| | | | | | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ | 9,420.60 | | | |

LFORM2T4

Ver. 15.06

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-04503-8-JRL |
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC |
| Taxpayer ID No: | *******4249 |
| For Period Ending: | 12/31/09 |

| | |
|---|---|
| Trustee Name: | STEPHEN L. BEAMAN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9920  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 2,140,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____/s/_____STEPHEN L. BEAMAN_____ Date: 01/27/10
STEPHEN L. BEAMAN

LFORM2T4

Ver: 15.06