**SO ORDERED.**

**SIGNED this 11 day of February, 2010.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

| | |
|---|---|
| I IN RE: | CASE NO.: 09-04503-8-JRL |
| CORNERSTONE LOG & TIMBER HOMES, INC. | |
|    Debtor | CHAPTER 7 |

### CONSENT ORDER
### (Buckner Plumbing & Heating, Inc.)

THIS MATTER comes on to be heard before the Court upon the objections by the Trustee to certain claims of Buckner Plumbing & Heating, Inc., Claim #8 in this case (hereafter "Buckner");

The Trustee is satisfied that said creditor has a valid judgment lien on real property located in McDowell County, North Carolina pursuant to that judgment filed December 18, 2007 in McDowell County, North Carolina.

The parties stipulate and agree that Buckner shall have a claim secured by any real estate located in McDowell County from and after December 18, 2007, subject to any prior liens against any such property.

The parties further stipulate and agree that except as set forth in the preceding paragraph, Buckner shall have no secured claim in this case and its claims will be treated as unsecured in all distributions made by the Trustee other than distribution of proceeds from sales of real property in McDowell County, North Carolina. It is anticipated that there will be no distribution of proceeds from sale of real property in McDowell County, North Carolina.

BASED on the consent of the parties, the Court concludes that all issues have been resolved between the parties and the agreements of the parties should be adopted by the Court.

IT IS ORDERED that Buckner Plumbing & Heating, Inc. is hereby allowed a claim as filed in Claim #8 which shall be secured pursuant to the judgment filed in McDowell County, North Carolina December 18, 2007 by any real property in McDowell County owned by the Debtor but subject to any prior liens against said real property. Except therefore, the claims of Buckner

Plumbing & Heating, Inc. shall be treated as unsecured claims in distributions of proceeds and other assets by the Trustee in this Case.

WE CONSENT:

s/Stephen L. Beaman
Stephen L. Beaman, Trustee

s/W. Hill Evans
W. Hill Evans, P.A.,
Attorney for Buckner Plumbing & Heating, Inc.

(END OF DOCUMENT)