FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 09-04503-8-JRL | Judge: J. RICH LEONARD | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Date Filed (f) or Converted (c): | 05/30/09 (f) |
| | | | 341(a) Meeting Date: | 07/13/09 |
| For Period Ending: | 06/30/10 | | Claims Bar Date: | 01/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SPEC LOG HOME<br>SPEC LOG HOME UNDER CONSTRUCTION<br>LOT 113 CATAWBA FALLS<br>BLACK MOUNTAIN NC | 650,000.00 | 0.00 | | 0.00 | 0.00 | 229,399.54 | 0.00 |
| 2. BANK ACCOUNTS<br>CASH IN COMPANY BANK ACCOUNT | 0.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. ACCOUNTS RECEIVABLE<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $216,222.26<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $102,459.26<br>COLLECTIBILITY UNKNOWN | 0.00 | 0.00 | DA | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. OFFICE EQUIPMENT, FURNISHINGS<br>COPIER; TRADE TOOLS; FAX MACHINE; PRINTER; FILE CABINETS; COMPUTER; CHAIRS; DIGITAL CAMERA | 8,200.00 | 0.00 | | 720.00 | FA | 0.00 | 0.00 |
| 5. 2006 CHEVYZ71 (u)<br>2006 CHEVY Z71 TRUCK<br>VIN3GCEK14206G224193 | 0.00 | 0.00 | | 8,700.00 | FA | 0.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.81 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $658,200.00 | $0.00 | | $9,421.81 | $0.00 | $229,399.54 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

LFORM1EX

Ver: 15.10b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| | | |
|---|---|---|
| Case No: | 09-04503-8-JRL  Judge: J. RICH LEONARD | Trustee Name: STEPHEN L. BEAMAN |
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | Date Filed (f) or Converted (c): 05/30/09 (f) |
| | | 341(a) Meeting Date: 07/13/09 |
| | | Claims Bar Date: 01/08/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 20, 2010:  Objection to claims completed and trustee is working on closing package.

January 26, 2010:  Liquidation complete.  Trustee working on tax returns

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 12/31/10

       /s/    STEPHEN L. BEAMAN
_____ Date: 07/20/10
       STEPHEN L. BEAMAN

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04503-8-JRL | | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4249 | | | |
| For Period Ending: | 06/30/10 | | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  10/08/09 | 4, 5 | COUNTRY BOYS AUCTION | SALE PROCEEDS | 1110-000 | 9,420.00 | | 9,420.00 |
| C  10/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 9,420.12 |
| C  11/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,420.36 |
| C  12/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,420.60 |
| C  01/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,420.83 |
| C  02/23/10 | 000101 | COUNTRY BOYS AUCTION AND REALTY<br>PO BOX 1903<br>WASHINGTON NC 27889 | AUCTIONEER'S FEES | 3610-000 | | 1,848.00 | 7,572.83 |
| C  02/23/10 | 000102 | COUNTRY BOYS AUCTION AND REALTY<br>PO BOX 1903<br>WASHINGTON NC 27889 | AUCTIONEER'S EXPENSES | 3620-000 | | 200.00 | 7,372.83 |
| C  02/26/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 7,373.05 |
| C  03/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 7,373.26 |
| C  04/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,373.44 |
| C  05/28/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,373.62 |
| C  06/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,373.81 |

LFORM2T4

Ver: 15.10b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 09-04503-8-JRL | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4249 | | |
| For Period Ending: | 06/30/10 | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******9920 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 9,420.00 | 2 | Checks | 2,048.00 |
| 9 | Interest Postings | 1.81 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 9,421.81 | | | |
| | | | | Total | $ 2,048.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 9,421.81 | | | |

/s/   STEPHEN L. BEAMAN

Trustee's Signature: _____   Date: 07/20/10

STEPHEN L. BEAMAN

LFORM2T4

Ver: 15.10b