FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-04503-8-JRL   Judge: J. RICH LEONARD | | Trustee Name: | STEPHEN L. BEAMAN |
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Date Filed (f) or Converted (c): | 05/30/09 (f) |
| | | | 341(a) Meeting Date: | 07/13/09 |
| For Period Ending: | 12/27/11 | | Claims Bar Date: | 01/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SPEC LOG HOME<br>SPEC LOG HOME UNDER CONSTRUCTION<br>LOT 113 CATAWBA FALLS<br>BLACK MOUNTAIN NC<br><br>VALUE LISTED BY DEBTOR WAS COMPLETED VALUE; HOUSE SUBSTANTIALLY INCOMPLETE & HAS LIENS AS WELL AS SERIOUS FOUNDATION PROBLEMS.  SEE DOCKET # 28 | 650,000.00 | 0.00 | DA | 0.00 | FA | 229,399.54 | 0.00 |
| 2. BANK ACCOUNTS<br>CASH IN COMPANY BANK ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 3. ACCOUNTS RECEIVABLE<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $216,222.26<br>DEFAULT JUDGMENT AGAINST ROMY CHERRY & JENNIFER CHERRY $102,459.26<br>COLLECTIBILITY UNKNOWN | 0.00 | 0.00 | DA | 0.00 | FA | 0.00 | 0.00 |
| 4. OFFICE EQUIPMENT, FURNISHINGS<br>COPIER; TRADE TOOLS; FAX MACHINE; PRINTER; FILE CABINETS; COMPUTER; CHAIRS; DIGITAL CAMERA | 8,200.00 | 720.00 | | 720.00 | FA | 0.00 | 0.00 |
| 5. 2006 CHEVYZ71--AVOIDED TRANSFER (u)<br>2006 CHEVY Z71 TRUCK<br>VIN3GCEK14206G224193 | 0.00 | 8,700.00 | | 8,700.00 | FA | 0.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.44 | FA | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $658,200.00 | $9,420.00 | | $9,422.44 | $0.00 | $229,399.54 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

LFORM1EX

Ver: 16.01c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 09-04503-8-JRL   Judge: J. RICH LEONARD | Trustee Name: STEPHEN L. BEAMAN |
| Case Name: CORNERSTONE LOG & TIMBER HOMES, INC | Date Filed (f) or Converted (c): 05/30/09 (f) |
| | 341(a) Meeting Date: 07/13/09 |
| | Claims Bar Date: 01/08/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 20, 2010:  Objection to claims completed and trustee is working on closing package.

January 26, 2010:  Liquidation complete.  Trustee working on tax returns

January 31, 2011:  Trustee reviewing tax issues; closing proceeding

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 06/30/11

LFORM1EX

Ver: 16.01c

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04503-8-JRL | | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9920 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4249 | | | |
| For Period Ending: | 12/27/11 | | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 10/08/09 | | COUNTRY BOYS AUCTION | SALE PROCEEDS | 9,420.00 | | | | | 9,420.00 |
| 10/08/09 | 4 | Asset Sales Memo: | OFFICE EQUIPMENT, FURNISHINGS $720.00 | | | | | | 9,420.00 |
| 10/08/09 | 5 | Asset Sales Memo: | 2006 CHEVYZ71--AVOIDED TRANSFER $8,700.00 | | | | | | 9,420.00 |
| C 10/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.12 | | | | 9,420.12 |
| C 11/30/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.24 | | | | 9,420.36 |
| C 12/31/09 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.24 | | | | 9,420.60 |
| C 01/29/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,420.83 |
| C 02/23/10 | 000101 | COUNTRY BOYS AUCTION AND REALTY PO BOX 1903 WASHINGTON NC 27889 | AUCTIONEER'S FEES | | | 1,848.00 | | | 7,572.83 |
| C 02/23/10 | 000102 | COUNTRY BOYS AUCTION AND REALTY PO BOX 1903 WASHINGTON NC 27889 | AUCTIONEER'S EXPENSES | | | 200.00 | | | 7,372.83 |
| C 02/26/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.22 | | | | 7,373.05 |
| C 03/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.21 | | | | 7,373.26 |
| C 04/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.18 | | | | 7,373.44 |
| C 05/28/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.18 | | | | 7,373.62 |
| C 06/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.19 | | | | 7,373.81 |
| C 07/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.18 | | | | 7,373.99 |
| C 08/31/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.19 | | | | 7,374.18 |
| C 09/30/10 | 6 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.18 | | | | 7,374.36 |
| C 10/15/10 | 6 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.08 | | | | 7,374.44 |
| Ct 10/15/10 | | Transfer to Acct #*******0097 | Final Posting Transfer | | | | | -7,374.44 | 0.00 |

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-04503-8-JRL | | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4249 | | | |
| For Period Ending: | 12/27/11 | | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| | | | |
|---|---|---|---|
| Account *******9920 | Balance Forward | 0.00 | |
| 1 Deposits | 9,420.00 | 2 Checks | 2,048.00 |
| 13 Interest Postings | 2.44 | 0 Adjustments Out | 0.00 |
| | | 1 Transfers Out | 7,374.44 |
| Subtotal | $ 9,422.44 | | |
| | | Total | $ 9,422.44 |
| 0 Adjustments In | 0.00 | | |
| 0 Transfers In | 0.00 | | |
| Total | $ 9,422.44 | | |

LFORM2XT

Ver: 16.01c

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04503-8-JRL | | Trustee Name: | STEPHEN L. BEAMAN |
|---|---|---|---|---|
| Case Name: | CORNERSTONE LOG & TIMBER HOMES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0097  Checking - Non Interest |
| Taxpayer ID No: | *******4249 | | | |
| For Period Ending: | 12/27/11 | | Blanket Bond (per case limit): | $ 2,140,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| Ct 10/15/10 | | Transfer from Acct #*******9920 | Transfer In From MMA Account | | | | | 7,374.44 | 7,374.44 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| Account *******0097 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 7,374.44 | | | |
| | Total | $ 7,374.44 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 9,420.00 | 2 | Checks | 2,048.00 |
| 13 | Interest Postings | 2.44 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 7,374.44 |
| | Subtotal | $ 9,422.44 | | | |
| | | | | Total | $ 9,422.44 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 7,374.44 | | | |
| | Total | $ 16,796.88 | | Net Total Balance | $ 7,374.44 |

/s/   STEPHEN L. BEAMAN

Trustee's Signature: _____ Date: 01/31/11
STEPHEN L. BEAMAN

LFORM2XT

Ver: 16.01c